IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3106 |
| | ) | |
| V. | ) | |
| | ) | |
| CURTIS J. COTTON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Bernard J. Glaser, Jr. has entered an appearance on behalf of defendant Curtis J. Cotton. Mr. Glaser represented the defendant, who is indigent, in a related state court action, and he requests appointment as defendant's counsel in this case. Filing No. 6.

IT IS ORDERED that the defendant's motion to appoint counsel, (filing no. 6), is granted, and

1) Pursuant to the terms of the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1), Bernard J. Glaser, Jr., 411 S.13th Street, Suite 327, P.O. Box 94902, Lincoln, NE 68509-4902, (402) 435-4411, is appointed to represent defendant Curtis J. Cotton.

2) The Clerk of the court shall mail a copy of this memorandum and order to David Stickman, Federal Public Defender. David Stickman shall provide Mr Glaser with the appropriate CJA voucher.

DATED this 24th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge