IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | 4:09CR3106 |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | |
| ) | **ORDER** |
| CURTIS J. COTTON,    ) | |
| ) | |
| Defendant.    ) | |

IT IS ORDERED that the defendant's initial appearance and plea hearing are scheduled before Magistrate Judge Gossett on the 7th day of October, 2009, at the hour of 11:30 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

October 2, 2009.               BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge