IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3106 |
| v. | ) | |
| CURTIS J. COTTON, | ) | ORDER GRANTING MOTION TO CONTINUE |
| Defendant. | ) | |

IT IS ORDERED that:

1. the Motion to Continue, filing 26, is granted and the sentencing hearing is continued to March 8, 2010, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated December 15, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge