IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:09CR3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE |
| vs. | ) | SENTENCING |
| | ) | |
| CURTIS COTTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant Curtis Cotton Motion to Continue Sentencing now set for April 28, 2010 at 12:15 to a date not earlier than May 21, 2010 so that Mr. Cotton may testify as a witness for the government in the pending jury trial in **United States v. Travis Rush**, set to commence before the Court on May 3, 2010. The Court has been informed that the government does not object to the Court's granting of this motion without further notice or hearing.

Therefore, the Court finds that the motion should be and is hereby granted. It is further ordered that Mr. Cotton sentencing hearing is continued until May 25, 2010 at 12:15 a.m. and the Defendant is ordered to appear before the Court at that time and date.

Dated: April 26, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge

Drafted by:

Bernard J. Glaser, Jr., #11521
411 S.13th Street, Suite 327
Lincoln, NE  68509-4902
(402) 435-4411
Attorney for Defendant