IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CURTIS J. COTTON,

    Defendant.

4:09CR3106

**ORDER**

IT IS ORDERED:

1) The motion of attorney Candice Wooster to withdraw as counsel of record for defendant Cotton, (filing no. 72), is granted.

2) Defendant's newly retained counsel, Kyle J. McGinn, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Candice Wooster from any future ECF notifications herein.

May 25, 2016.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge