IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:09CR3106** |
| vs. | |
| CURTIS J. COTTON, | **ORDER** |
| Defendant. | |

After fully considering oral argument by both counsel,

IT IS ORDERED that:

1. The Government's Motion to Continue Revocation Hearing (filing 74) is granted.

2. The defendant's Resistance to the Plaintiff's Motion to Continue Revocation Hearing (filing 75) is denied.

3. Defendant Curtis J. Cotton's violation of supervised release hearing is continued to August 11, 2016, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Two hours have been set aside for this hearing. The defendant shall be present at the hearing.

Dated this 1st day of June, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge