IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CURTIS J. COTTON,<br><br>    Defendant. | 4:09-CR-3106<br><br>ORDER |

  This matter is before the Court on the defendant's amended motion to proceed on appeal in forma pauperis (filing 89). That motion will be granted, and the defendant will be permitted to proceed on appeal in forma pauperis.

  IT IS ORDERED:

1. The defendant's amended motion to proceed on appeal in forma pauperis (filing 89) is granted.

2. The Clerk of the Court is directed to provide a copy of this order to the U.S. Court of Appeals for the Eighth Circuit.

Dated this 7th day of September, 2016.

              BY THE COURT:

              *John M. Gerrard*
              John M. Gerrard
              United States District Judge